Kenneth D. Sulzer (SBN 120253)
ksulzer@constangy.com
Steven B. Katz (SBN 139078)
skatz@constangy.com
Sarah Kroll-Rosenbaum (SBN 272358)
skroll-rosenbaum@constangy.com
CONSTANGY, BROOKS, SMITH & PROPHETE, LLP
1800 Century Park East, Suite 600
Los Angeles, California 90067
Telephone: (310) 909-7775

Attorneys for Defendant
National Collegiate Athletic Association

[ADDITIONAL COUNSEL ON SIGNATURE PAGE]

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LAMAR DAWSON, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>NATIONAL COLLEGIATE ATHLETIC ASSOCIATION and PAC-12 CONFERENCE,<br><br>Defendants. | Case No. 16-CV-05487-RS<br><br>ORDER<br>**STIPULATION RE: BRIEFING SCHEDULE FOR FORTHCOMING MOTION TO DISMISS** |

# STIPULATION RE: BRIEFING SCHEDULE FOR FORTHCOMING MOTION TO DISMISS

WHEREAS:

A. Defendants' responses to the complaint in this action are due to be filed and served not later than November 23, 2016;

B. Defendants intend to file a Motion to Dismiss pursuant to Rule 12 in response to the complaint; and

C. The parties wish to expand the briefing schedule for said Motion beyond the deadlines established by Local Rule, in order to accommodate the schedules of counsel in light of the forthcoming holiday season.

IT IS HEREBY STIPULATED, BY AND BETWEEN THE PARTIES, THROUGH THEIR UNDERSIGNED COUNSEL BELOW THAT:

1. Plaintiff's Opposition to the Motion to Dismiss shall be filed and served no later than December 23, 2016;

2. Defendants' Reply in support of the Motion to Dismiss shall be filed and served no later than January 23, 2017; and

3. The hearing on the Motion to Dismiss shall be on February 2, 2017, at 1:30 p.m.

Pursuant to Local Rule 5-1(i), I, Steven B. Katz, Esq., hereby certify that the content of this document is acceptable to Betsy C. Manifold, counsel for Plaintiff, and Kiran A. Seldon, counsel for defendant Pac-12 Conference, and that Ms. Manifold and Ms. Seldon have provided their authorization to affix their electronic signatures to this document.

| | | |
|---|---|---|
| 1 | DATED: November 21, 2016 | CONSTANGY, BROOKS, SMITH & PROPHETE, LLP |
| 2 | | |
| 3 | | By: /s/*Steven B. Katz* |
| | | Kenneth D. Sulzer |
| 4 | | Steven B. Katz |
| | | Sarah Kroll-Rosenbaum |
| 5 | | |
| 6 | | Attorneys for Defendant |
| | | *National Collegiate Athletic Association* |
| 7 | DATED: November 21, 2016 | SEYFARTH SHAW LLP |
| 8 | | |
| 9 | | By: /s/ *Kiran A. Seldon* |
| 10 | | Jeffrey A. Berman (SBN 50114) |
| | | jberman@seyfarth.com |
| 11 | | Diana Tabacopoulos (SBN 128238) |
| | | dtabacopoulos@seyfarth.com |
| 12 | | Kiran A. Seldon (SBN 212803) |
| | | kseldon@seyfarth.com |
| 13 | | SEYFARTH SHAW LLP |
| | | 2029 Century Park East, Suite 3500 |
| 14 | | Los Angeles, CA 90067 |
| | | Telephone: (310) 277-7200 |
| 15 | | Facsimile: (310) 201-5219 |
| 16 | | Attorneys for Defendant |
| | | *Pac-12 Conference* |
| 17 | | |
| 18 | DATED: November 21, 2016 | WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLP |
| 19 | | |
| 20 | | By: /s/ *Betsy C. Manifold* |
| 21 | | Betsy C. Manifold (SBN 182450) |
| | | Rachele R. Rickert |
| 22 | | Marisa C. Livesay |
| | | Brittany N. Dejong |
| 23 | | 750 B Street, Suite 2770 |
| | | San Diego, CA 92101 |
| 24 | | Telephone: (619) 239-4599 |
| | | Facsimile: (619) 234-4599 |

-2-
STIPULATION RE: BRIEFING SCHEDULE FOR FORTHCOMING MOTION TO DISMISS
Case No.  16-CV-05487-RS

4224949v.1





IT IS SO ORDERED

Judge Richard Seeborg

Date: 12/2/16

1  
2  
3  
4  
5  
6  
7  
8  
9  
10  
11  
12  
13  
14  
15  
16  
17  
18  
19  
20  
21  
22  
23  
24  
25  
26  
27  
28  

Jeffrey G. Smith (SBN 133113)  
Mark C. Rifkin  
|270 Madison Ave.  
10th Floor  
New York, NY 10016  
Telephone: (212) 545-4762  
Facsimile: (212) 545-4653  

THE LAW OFFICES OF JOHN M. KELSON  
John M. Kelson (SBN 75462)  
483 Ninth Street, Suite 200  
Oakland, CA 94607  
Telephone: (510) 465-1326  
Facsimile: (510) 465-0871  

Jerry K. Cimmet (SBN 33731)  
177 Bovet Road, Suite 600  
San Mateo, CA 94402  
Telephone: (650) 866-4700  

Attorneys for Plaintiff  
*Lamar Dawson and the Classes*

-3-  
STIPULATION RE: BRIEFING SCHEDULE FOR FORTHCOMING MOTION TO DISMISS  
Case No. 16-CV-05487-RS  

4224949v.1