1  WOLF HALDENSTEIN ADLER
2  FREEMAN & HERZ LLP
   BETSY C. MANIFOLD (182450)
3  750 B Street, Suite 2770
   San Diego, CA 92101
4  Telephone: (619) 239-4599
   Facsimile: (619) 234-4599
5
6  [ADDITIONAL COUNSEL ON SIGNATURE PAGE]
7
8
                    **UNITED STATES DISTRICT COURT**
9
                    **NORTHERN DISTRICT OF CALIFORNIA**
10

11 | LAMAR DAWSON, individually and on behalf | Case No. 16-CV-05487-RS
   | of all others similarly situated,        |
12 |                                          |   ORDER
   |                Plaintiff,                | **[CORRECTED] JOINT STIPULATION RE:**
13 |                                          | **BRIEFING SCHEDULE FOR MOTION TO**
   |       vs.                                | **STAY**
14 |                                          |
15 | NATIONAL COLLEGIATE ATHLETIC             | JUDGE:  Hon. Richard Seeborg
   | ASSOCIATION and PAC-12 CONFERENCE,       | CTRM.:   3— 17th Floor
16 |                                          |
   |                Defendants.               |
17

1  WHEREAS, on November 22, 2016, Defendants filed and served a Motion to Dismiss (ECF No. 25) and a Motion to Stay (ECF No. 24) ("Motions") and the Motions are set for hearing on February 2, 2017;

WHEREAS, the parties previously filed a stipulation to expand the briefing schedule for the Motion to Dismiss beyond the deadlines established by Local Rule, in order to accommodate the schedules of counsel in light of the forthcoming holiday season (ECF No. 23);

WHEREAS, the parties also wish to expand the briefing schedule for the Motion to Stay beyond the deadlines established by Local Rule in order to coordinate the briefing schedule with the Motion to Dismiss and to accommodate the schedules of counsel in light of the forthcoming holiday season;

IT IS HEREBY STIPULATED, BY AND BETWEEN THE PARTIES, THROUGH THEIR UNDERSIGNED COUNSEL BELOW THAT:

1. Plaintiff's Opposition to the Motion to Stay shall be filed and served no later than December 23, 2016;

2. Defendants' Reply in support of the Motion to Stay shall be filed and served no later than January 23, 2017.

Pursuant to Local Rule 5-1(i), I, Betsy Manifold., hereby certify that the content of this document is acceptable to Sarah Kroll-Rosenbaum, counsel for National Collegiate Athletic Association, and Kiran A. Seldon, counsel for Pac-12 Conference, and that Ms. Kroll-Rosenbaum and Ms. Seldon have provided their authorization to affix their electronic signatures to this document.

///
///
///
///
///
///
///

-1-
[CORRECTED] JOINT STIPULATION RE: BRIEFING SCHEDULE FOR MOTION TO STAY
Case No.  16-CV-05487-RS

-2-

| | |
|---|---|
| DATED: December 1, 2016 | WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLP |
| | By:  /s/ Betsy C. Manifold |
| | Betsy C. Manifold (SBN 182450)<br>Rachele R. Rickert<br>Marisa C. Livesay<br>Brittany N. Dejong<br>750 B Street, Suite 2770<br>San Diego, CA 92101<br>Telephone: (619) 239-4599<br>Facsimile: (619) 234-4599 |
| | Jeffrey G. Smith (SBN 133113)<br>Mark C. Rifkin<br>|270 Madison Ave.<br>10th Floor<br>New York, NY 10016<br>Telephone: (212) 545-4762<br>Facsimile: (212) 545-4653 |
| | THE LAW OFFICES OF JOHN M. KELSON<br>John M. Kelson (SBN 75462)<br>483 Ninth Street, Suite 200<br>Oakland, CA 94607<br>Telephone: (510) 465-1326<br>Facsimile: (510) 465-0871 |
| | Jerry K. Cimmet (SBN 33731)<br>177 Bovet Road, Suite 600<br>San Mateo, CA 94402<br>Telephone: (650) 866-4700 |
| | Attorneys for Plaintiff<br>*Lamar Dawson and the Classes* |
| DATED: December 1, 2016 | CONSTANGY, BROOKS, SMITH & PROPHETE, LLP |
| | By:  /s/ Sarah Kroll-Rosenbaum<br>Kenneth D. Sulzer (SBN 120253)<br>Steven B. Katz (SBN 139078)<br>Sarah Kroll-Rosenbaum (SBN 272358) |
| | Attorneys for Defendant<br>*National Collegiate Athletic Association* |

-2-
[CORRECTED] JOINT STIPULATION RE: BRIEFING SCHEDULE FOR MOTION TO STAY
Case No.  16-CV-05487-RS

-3-

| | |
|---|---|
| DATED: December 1, 2016 | SEYFARTH SHAW LLP |
| | By: _/s/ Kiran A. Seldon_ |
| | Jeffrey A. Berman (SBN 50114)<br>jberman@seyfarth.com<br>Diana Tabacopoulos (SBN 128238)<br>dtabacopoulos@seyfarth.com<br>Kiran A. Seldon (SBN 212803)<br>kseldon@seyfarth.com<br>SEYFARTH SHAW LLP<br>2029 Century Park East, Suite 3500<br>Los Angeles, CA 90067<br>Telephone: (310) 277-7200<br>Facsimile: (310) 201-5219 |
| | Attorneys for Defendant<br>*Pac-12 Conference* |

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: 12/2/16

_____
THE HONORABLE RICHARD SEEBORG
UNITED STATES DISTRICT COURT JUDGE

NCAA: 23517v3

-3-
[CORRECTED] JOINT STIPULATION RE: BRIEFING SCHEDULE FOR MOTION TO STAY
Case No. 16-CV-05487-RS